UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **DOCKET NO. 3:13CR118** |
| **V.** | **ORDER** |
| **JAMES HARVEY MASON** | |

_____

This **MATTER** is before the court upon the Court's own motion to continue the trial from June 2, 2014 to July 2014 term of court.

The court finds the ends of justice served by taking such action outweighs the interest of the public and Defendant to a speedy trial as set forth in 18 U.S.C. 3161(h)(8)(1).

**IT IS THEREFORE ORDERED** that this trial be scheduled for the September term of court.

The Clerk is directed to certify copies of this order to Defendant, Counsel for Defendant, to the United States Attorney, the United States Marshals Service, and the United States Probation Office.

**IT IS SO ORDERED.**

Signed: June 2, 2014

Frank D. Whitney
Chief United States District Judge